**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTIAN SCOTT THOMAS,** | : **CIVIL ACTION NO. 1:25-CV-1658** |
| | : |
| **Plaintiff** | : **(Judge Neary)** |
| | : |
| **v.** | : |
| | : |
| **THOMAS MCGINLEY,** *et al.*, | : |
| | : |
| **Defendants** | : |

## <u>ORDER</u>

AND NOW, this 27th day of February, 2026, upon review of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.   Plaintiff's motions for leave to amend (Docs. 17, 19) are DENIED AS MOOT.

2.   Plaintiff's amended complaint (Doc. 19) is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

3.   The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania